IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EVANGELINE S EM,<br>         Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION,<br>         Movant,<br><br>     v.<br><br>EVANGELINE S EM, and<br>SAMOL TEAP, and ("Non-Filing Co-Debtor")<br>KENNETH E. WEST, Trustee,<br>         Respondents. | Bankruptcy No. 26-11796-djb<br><br><br>Chapter 13 |

NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

American Honda Finance Corporation has filed a Motion for Relief & Co-Debtor Relief from the Automatic Stay with the Court to lift the automatic stay regarding the 2021 Honda Accord, VIN: 1HGCV3F48MA003871.


**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before ***June 23, 2026,*** you or your attorney must do **all** of the following:

(a)  file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
Robert C. Nix Bldg. Suite 201
900 Market Street
Philadelphia, PA  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

Keri P. Ebeck, Esquire
Metz Lewis Brodman Must O'Keefe.
444 Liberty Avenue, Suite 2100

Pittsburgh, PA 15222

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker on ***July 2, 2026 at 11:00 a.m.,*** Courtroom #2, Robert C. Nix Bldg. Suite 201, 900 Market Street, Philadelphia, PA 19107. *** ALL HEARINGS can be attended by video conference or in-person at 900 Market Street, 2nd floor (unless otherwise directed by the Court) Option for VIDEO participation is on ZOOMGOV.COM with JOIN Meeting ID: 161 0657 4791.***

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2806 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

Dated:  June 9, 2026