IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EVANGELINE S EM,<br>          Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION,<br>          Movant,<br><br>     v.<br><br>EVANGELINE S EM, and<br>SAMOL TEAP, and ("Non-Filing Co-Debtor")<br>KENNETH E. WEST, Trustee,<br>          Respondents. | Bankruptcy No. 26-11796-djb<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

     I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the June 9, 2026, I served copies of the Motion for Relief & Co-Debtor Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Evangeline S Em**<br>1690 Powell Road<br>Brookhaven, PA 19015<br><br>**Samol Teap**<br>1614 S Mole St.<br>Philadelphia, Pa 19145 | **BRAD J. SADEK**<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 |

Service via electronic communication:

| | |
|---|---|
| **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | **Office of the U.S. Trustee**<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112