# Penn Medicine
## University *of* Pennsylvania Health System

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2456470

Pay Date: April 3, 2026

Pay Period: March 15, 2026 - March 28, 2026

University Of Pennsylvania Health System

800 Spruce St

|  | Current | Year To Date |
|---|---|---|
| **Gross Pay:** | 2,472.62 | 18,211.90 |
| **Net Pay:** | 1,866.11 | 13,649.10 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| FLSA OT | 0.00 | 0.000000 | 0.00 | 1,114.10 |
| Holiday | 0.00 | 0.000000 | 0.00 | 741.60 |
| Sick | 0.00 | 0.000000 | 0.00 | 494.40 |
| Vaca | 0.00 | 0.000000 | 0.00 | 247.20 |
| Imp Incm | 0.00 | 0.620000 | 0.62 | 4.34 |
| Personal | 3.50 | 30.900000 | 108.15 | 494.40 |
| Regular | 76.50 | 30.900000 | 2,363.85 | 15,115.86 |
| Total |  |  | 2,472.62 | 18,211.90 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 16.52 | 115.64 |
| *FdltyPreTaxEE | 148.32 | 1,092.45 |
| *MD PPO EE | 70.00 | 490.00 |
| *VSP | 8.63 | 60.41 |
| Total | 243.47 | 1,758.50 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 0.00 | 134.56 |
| MEDICREE | 34.47 | 254.41 |
| PA STATE | 72.97 | 538.52 |
| PHILA | 84.81 | 624.67 |
| SUEC | 1.74 | 12.75 |



**Penn Medicine**
*University of Pennsylvania* Health System

University Of Pennsylvania Health System

800 Spruce St

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2456470

Pay Date: April 3, 2026

Pay Period: March 15, 2026 - March 28, 2026

| Tax Deductions | Current | Year To Date |
|---|---|---|
| SocialSec-EE | 147.40 | 1,087.84 |
| Total | 341.39 | 2,652.75 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 2.03 | 14.21 |
| STD Post | 13.69 | 95.83 |
| SupLife | 5.31 | 37.17 |
| Total | 21.03 | 147.21 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 61.80 | 455.19 |
| Total | 61.80 | 455.19 |

| Distributions | Account Number | Amount |
|---|---|---|
| TD BANK, | xxxxxx1542 | 800.00 |
| PNC Bank | xxxxxx2444 | 1,066.11 |
| Total | | 1,866.11 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | LGL | 0.000000 | 0.000000 |
| | 0.000000 | PER | 5.170000 | 0.000000 |
| | 0.000000 | PTO | 8.520000 | 0.000000 |
| | 0.000000 | SCK | 44.820000 | 0.000000 |
| | 0.000000 | VAC | 32.900000 | 0.000000 |

**Penn Medicine**
*University of Pennsylvania Health System*

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2502698

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

800 Spruce St

|  | **Current** | **Year To Date** |
|---|---|---|
| **Gross Pay:** | 2,645.78 | 20,857.68 |
| **Net Pay:** | 2,004.25 | 15,653.35 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| Holiday | 0.00 | 0.000000 | 0.00 | 741.60 |
| Personal | 0.00 | 0.000000 | 0.00 | 494.40 |
| Sick | 0.00 | 0.000000 | 0.00 | 494.40 |
| Vaca | 0.00 | 0.000000 | 0.00 | 247.20 |
| Imp Incm | 0.00 | 0.620000 | 0.62 | 4.96 |
| Regular | 4.00 | 2.650000 | 10.60 | 17,598.46 |
| FLSA OT | 0.75 | 15.450000 | 11.59 | 1,276.66 |
| FLSA OT | 2.75 | 15.573918 | 42.83 | 0.00 |
| FLSA OT | 3.50 | 30.900000 | 108.14 | 0.00 |
| Regular | 80.00 | 30.900000 | 2,472.00 | 0.00 |
| Total |  |  | 2,645.78 | 20,857.68 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 16.52 | 132.16 |
| *FdltyPreTaxEE | 158.71 | 1,251.16 |
| *MD PPO EE | 70.00 | 560.00 |
| *VSP | 8.63 | 69.04 |
| Total | 253.86 | 2,012.36 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 0.00 | 134.56 |
| MEDICREE | 36.99 | 291.40 |



University of Pennsylvania Health System

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2502698

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---|---|
| PA STATE | 78.29 | 616.81 |
| PHILA | 90.75 | 715.42 |
| SUEC | 1.85 | 14.60 |
| SocialSec-EE | 158.14 | 1,245.98 |
| Total | 366.02 | 3,018.77 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| AD&D_After Tax | 2.03 | 16.24 |
| STD Post | 13.69 | 109.52 |
| SupLife | 5.31 | 42.48 |
| Total | 21.03 | 168.24 |

| Company Deductions | Current | Year To Date |
|---|---|---|
| FdltyERMatch | 66.13 | 521.32 |
| Total | 66.13 | 521.32 |

| Distributions | Account Number | Amount |
|---|---|---|
| TD BANK, | xxxxxx1542 | 800.00 |
| PNC Bank | xxxxxx2444 | 1,204.25 |
| Total | | 2,004.25 |

| Absences | | | | |
|---|---|---|---|---|
| | 0.000000 | LGL | 0.000000 | 0.000000 |
| | 0.000000 | PER | 6.700000 | 0.000000 |
| | 0.000000 | PTO | 8.520000 | 0.000000 |
| | 0.000000 | SCK | 48.520000 | 0.000000 |

# Penn Medicine
## University *of* Pennsylvania Health System

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2502698

Pay Date: April 17, 2026

Pay Period: March 29, 2026 - April 11, 2026

University Of Pennsylvania Health System

800 Spruce St

| Absences | | | | | |
|---|---|---|---|---|---|
| | 0.000000 | VAC | 35.980000 | | 0.000000 |



**Penn Medicine**
University *of* Pennsylvania Health System

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2548827

Pay Date: May 1, 2026

Pay Period: April 12, 2026 - April 25, 2026

University Of Pennsylvania Health System

800 Spruce St

|  | **Current** | **Year To Date** |
|---|---|---|
| **Gross Pay:** | 2,472.62 | 23,330.30 |
| **Net Pay:** | 1,866.12 | 17,519.47 |

| Earnings | Hours | Rate | Current | Year To Date Earnings |
|---|---|---|---|---|
| FLSA OT | 0.00 | 0.000000 | 0.00 | 1,276.66 |
| Holiday | 0.00 | 0.000000 | 0.00 | 741.60 |
| Vaca | 0.00 | 0.000000 | 0.00 | 247.20 |
| Imp Incm | 0.00 | 0.620000 | 0.62 | 5.58 |
| Personal | 1.50 | 30.900000 | 46.35 | 540.75 |
| Regular | 70.50 | 30.900000 | 2,178.45 | 19,776.91 |
| Sick | 8.00 | 30.900000 | 247.20 | 741.60 |
| Total |  |  | 2,472.62 | 23,330.30 |

| Pre Tax Deductions | Current | Year To Date |
|---|---|---|
| *Delta EE | 16.52 | 148.68 |
| *FdltyPreTaxEE | 148.32 | 1,399.48 |
| *MD PPO EE | 70.00 | 630.00 |
| *VSP | 8.63 | 77.67 |
| Total | 243.47 | 2,255.83 |

| Tax Deductions | Current | Year To Date |
|---|---|---|
| FederalIncomeTax | 0.00 | 134.56 |
| MEDICREE | 34.47 | 325.87 |
| PA STATE | 72.97 | 689.78 |
| PHILA | 84.81 | 800.23 |
| SUEC | 1.73 | 16.33 |



**Penn Medicine**
University *of* Pennsylvania Health System

Employee Name: Evangeline Em

Address: 1690 Powell Rd

Employee #: 625299

Receipt #: 2548827

Pay Date: May 1, 2026

Pay Period: April 12, 2026 - April 25, 2026

University Of Pennsylvania Health System

800 Spruce St

| Tax Deductions | Current | Year To Date |
|---|---:|---:|
| SocialSec-EE | 147.40 | 1,393.38 |
| Total | 341.38 | 3,360.15 |

| After Tax Deductions | Current | Year To Date |
|---|---:|---:|
| AD&D_After Tax | 2.03 | 18.27 |
| STD Post | 13.69 | 123.21 |
| SupLife | 5.31 | 47.79 |
| Total | 21.03 | 189.27 |

| Company Deductions | Current | Year To Date |
|---|---:|---:|
| FdltyERMatch | 61.80 | 583.12 |
| Total | 61.80 | 583.12 |

| Distributions | Account Number | Amount |
|---|---|---:|
| TD BANK, | xxxxxx1542 | 800.00 |
| PNC Bank | xxxxxx2444 | 1,066.12 |
| Total | | 1,866.12 |

| Absences | | | | |
|---|---:|---|---:|---:|
| | 0.000000 | LGL | 8.000000 | 0.000000 |
| | 0.000000 | PER | 6.730000 | 0.000000 |
| | 0.000000 | PTO | 8.520000 | 0.000000 |
| | 0.000000 | SCK | 44.220000 | 0.000000 |
| | 0.000000 | VAC | 39.070000 | 0.000000 |